ALBERT REED, as Administrator of the Estate of JAMES B. WILEY, Deceased, Respondent, *v.* EDRICK FARRAND et al., Appellants.

(Submitted May 31, 1910; decided June 7, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 198 N. Y. 620.)

---

SARAH H. BARNES et al., Respondents, *v.* SOUTHFIELD BEACH COMPANY et al., Defendants, and SOUTHFIELD BEACH RAILROAD COMPANY, Appellant.

Reported below, 136 App. Div. 896.
(Argued May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1910, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made on the ground that the appellant had instituted condemnation proceedings to obtain title to the property in question, which proceedings were inconsistent with the appeal and made the question at issue academic.

*Stuart G. Gibboney* for motion.

*Lewis H. Freedman* opposed.

Motion denied, with ten dollars costs.